ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant
Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL B. MORRISON,<br><br>Plaintiff,<br>v.<br><br>SAM'S WEST, INC., a foreign corporation, dba SAM'S CLUB; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No: 2:18-cv-00353-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO FILE RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM ARGUING OR REFERENCING PRIOR UNRELATED INCIDENT INVOLVING PLAINTIFF'S EXPERT, JOHN PETERSON, AT TRIAL (ECF NO. 46)** |

Plaintiff RUSSELL B. MORRISON ("Plaintiff') and Defendant SAM'S WEST, INC. and ("Defendant") by and through their respective counsel of record, do hereby stipulate for an extension of time for Defendant to respond to Plaintiff's *Motion in Limine to Preclude Defendant from Arguing or Referencing Prior Unrelated Incident Involving Plaintiff's Expert, John Peterson, at Trial* (ECF No. 46), up to and including July 17, 2019.

Pursuant to Local Rule 2.25, the parties hereby aver that this is the first request for such extension of time to respond to the Motion in Limine (ECF No. 46).

The parties aver, pursuant to Local Rule 2.25, that good cause exists for the requested extension.

- 1 -

The parties aver that this request for extension of time to respond to the Motion in Limine (ECF No. 46) is made in good faith and not for the purpose of delay.

DATED this 10th day of July, 2019.        DATED this 10th day of July, 2019.

/s/ Andrew Barton                                    /s/ Timothy D. Kuhls

MICHAEL D. HAIGHT, ESQ.            ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 5654                         Nevada Bar No. 11441
ANDREW BARTON, ESQ.                 TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 12692                       Nevada Bar No. 13362
HENNESS & HAIGHT                         PHILLIPS, SPALLAS & ANGSTADT, LLC
8972 Spanish Ridge Ave                    504 South Ninth Street
Las Vegas, NV 89148                         Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                        *Attorneys for Defendant*
*Russell B. Morrison*                          *Sam's West, Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of July, 2019.