1  ROBERT K. PHILLIPS, ESQ.
   Nevada Bar No. 11441
2  TIMOTHY D. KUHLS, ESQ.
   Nevada Bar No. 13362
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Fax)
6  rphillips@psalaw.net
7  tkuhls@psalaw.net

8  *Attorneys for Defendant*
   *Sam's West, Inc.*

9                                       UNITED STATES DISTRICT COURT

10                                              DISTRICT OF NEVADA

11                                                         Case No.:       2:18-cv-00353-RFB-BNW
    RUSSELL B. MORRISON, an individual,
12                                                         **STIPULATION AND [PROPOSED]**
                    Plaintiff,                             **ORDER TO SET JOINT PRE-TRIAL**
13  v.                                                     **ORDER DEADLINE**

14  SAM'S WEST, INC., a foreign corporation dba
    SAM'S CLUB; DOES I through X; and ROE
15  CORPORATIONS I through X, inclusive,

16                  Defendants.

17

18       Plaintiff, RUSSELL B. MORRISON ("Plaintiff"), and Defendant, SAM'S WEST, INC.

19  ("SAM'S WEST" or "Defendant"), by and through their respective counsel of record and in light of the

20  Court's July 21, 2020 Order, [ECF 81], do hereby stipulate that the joint pre-trial order deadline be

21  extended until **August 31, 2020**.

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

- 1 -

The parties aver that this request for extension is made by the parties in good faith.

DATED this 28th day of July, 2020.                    DATED this 28th day of July, 2020.

 /s/ Alyssa N. Piraino                                /s/ Timothy D. Kuhls

MICHAEL D. HAIGHT, ESQ.                               ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 5654                                   Nevada Bar No. 11441
ALYSSA N. PIRAINO, ESQ.                               TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 14601                                  Nevada Bar No. 13362
HENNESS & HAIGHT                                      PHILLIPS, SPALLAS & ANGSTADT, LLC
8972 Spanish Ridge Ave                                504 South Ninth Street
Las Vegas, NV 89148                                   Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                             *Attorneys for Defendant*
*Russell B. Morrison*                                 *Sam's West, Inc.*

IT IS SO ORDERED

DATED:  4:52 pm, July 30, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE